B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re  **Raul Ovalle, Jr.**

Case No.  **14-51803-CAG**

Chapter  **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $385,000.00 | | |
| B - Personal Property | Yes | 5 | $65,000.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $452,224.56 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $18,318.94 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $32,801.47 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 4 | | | $5,300.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $4,220.70 |
| TOTAL | | 31 | $450,000.00 | $503,344.97 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re  **Raul Ovalle, Jr.**

Case No.  **14-51803-CAG**

Chapter  **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Raul Ovalle, Jr.**                                     Case No.     **14-51803-CAG**
                                                                                          (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 2249 Villa Circle, Eagle Pass, TX  78852 (homestead) | Fee simple | - | $185,000.00 | $173,623.93 |
| 1980 El Indio Hwy., Eagle Pass, TX  78852 | Fee simple | - | $200,000.00 | $212,602.18 |
| | | | | |
| | | Total: | $385,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **Raul Ovalle, Jr.**                                         Case No.   **14-51803-CAG**
                                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | International Bank of Commerce, Checking account ...5924 | - | $500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Household goods and furnishings<br>  Location:  Homestead | - | $2,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Wearing apparel<br>  Location:  Homestead | - | $250.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Raul Ovalle, Jr.**                                  Case No.   **14-51803-CAG**
                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Economy Air, LLC (air conditioning) - 100% ownership | - | $25,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Raul Ovalle, Jr.**                                    Case No.    **14-51803-CAG**
                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 Ford Expedition, VIN 1FMFK15538LA47107   Location:  Homestead | - | $15,000.00 |
| | | 2008 Ford F-150 Truck, VIN 1FTRW12W98KC78067 | - | $13,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Raul Ovalle, Jr.**                                Case No. **14-51803-CAG**
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Location: Homestead | | |
| | | 1998 Ford F-150 Truck, VIN 1FT2X1766WNB30590<br>Location: 1980 El Indio, Eagle Pass, TX | - | $2,000.00 |
| | | 1999 Chevrolet Express Van, VIN 1GCGG25ROX1092521<br>Location: 1980 El Indio, Eagle Pass, TX | - | $2,500.00 |
| | | 2000 Chevrolet Silverado 1500, VIN 2GCEC19V3Y1262175<br>Location: 1980 El Indio, Eagle Pass, TX | - | $3,800.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment and furnishings<br>Location: Homestead | - | $450.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Raul Ovalle, Jr.**                                    Case No.    **14-51803-CAG**
                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____4_____ continuation sheets attached      **Total >**    **$65,000.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **Raul Ovalle, Jr.**                                                     Case No.   **14-51803-CAG**
                                                                                            (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675.*

☐  11 U.S.C. § 522(b)(2)
☒  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 2249 Villa Circle, Eagle Pass, TX  78852 (homestead) | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $11,376.07 | $185,000.00 |
| Household goods and furnishings  Location:  Homestead | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $2,500.00 | $2,500.00 |
| Wearing apparel  Location:  Homestead | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $250.00 | $250.00 |
| 2008 Ford Expedition, VIN 1FMFK15538LA47107  Location:  Homestead | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $0.00 | $15,000.00 |
| 2008 Ford F-150 Truck, VIN 1FTRW12W98KC78067  Location:  Homestead | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $508.00 | $13,000.00 |
| 1998 Ford F-150 Truck, VIN 1FT2X1766WNB30590  Location:  1980 El Indio, Eagle Pass, TX | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $2,000.00 | $2,000.00 |
| 1999 Chevrolet Express Van, VIN 1GCGG25ROX1092521  Location:  1980 El Indio, Eagle Pass, TX | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $2,500.00 | $2,500.00 |
| 2000 Chevrolet Silverado 1500, VIN 2GCEC19V3Y1262175  Location:  1980 El Indio, Eagle Pass, TX | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $3,800.00 | $3,800.00 |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced  on or after the date of adjustment.* | | $22,934.07 | $224,050.00 |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Raul Ovalle, Jr.**                                          Case No.  __**14-51803-CAG**_____
                                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Office equipment and furnishings<br>　Location:  Homestead | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $450.00 | $450.00 |
|  |  | $23,384.07 | $224,500.00 |

B6D (Official Form 6D) (12/07)

In re  **Raul Ovalle, Jr.**                                      Case No.  __14-51803-CAG__
                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxx69-07<br><br>**Border Federal Credit Union**<br>P.O. Box 420728<br>Del Rio, TX 78842-0728 | | - | DATE INCURRED: **2/14/08**<br>NATURE OF LIEN:<br>**Purchase money security interest**<br>COLLATERAL:<br>**2008 Ford Expedition**<br>REMARKS:<br>**Pay through Plan**<br><br>VALUE: **$15,000.00** | | | | $18,100.00 | $3,100.00 |
| ACCT #: xxx7325<br><br>**City of Eagle Pass**<br>100 S. Monroe St.<br>Eagle Pass, TX 78852 | | - | DATE INCURRED: **2009-14**<br>NATURE OF LIEN:<br>**Statutory liens**<br>COLLATERAL:<br>**1980 El Indio Hwy., Eagle Pass, TX**<br>REMARKS:<br>**Personal property taxes (Economy Air)**<br>**Pay through plan.**<br>VALUE: **$200,000.00** | | | | $4,387.39 | |
| ACCT #: xx-xxxxxx952-2<br><br>**Compass Bank**<br>P.O. Box 10566<br>Birmingham, AL 35296 | | - | DATE INCURRED: **4/8/2008**<br>NATURE OF LIEN:<br>**Purchase money security interest**<br>COLLATERAL:<br>**2008 Ford F-150 Truck**<br>REMARKS:<br>**Pay through plan.**<br><br>VALUE: **$13,000.00** | | | | $12,492.00 | |
| ACCT #:<br><br>**Compass Bank**<br>P.O. Box 10566<br>Birmingham, AL 35296 | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**2249 Villa Circle, Eagle Pass, TX**<br>REMARKS:<br>**Homestead**<br>**Debtor to pay direct.**<br>VALUE: **$185,000.00** | | | | $154,623.93 | |

Subtotal (Total of this Page) >  $189,603.32   $3,100.00

Total (Use only on last page) >

__2__     continuation sheets attached

| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re **Raul Ovalle, Jr.**                                                    Case No. **14-51803-CAG**
                                                                                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Compass Bank**<br>P.O. Box 10566<br>Birmingham, AL  35296 | | - | DATE INCURRED:  **Various**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**2249 Villa Circle, Eage Pass, TX**<br>REMARKS:<br>**Pay through Plan**<br><br>VALUE:          **$185,000.00** | | | | **$19,000.00** | |
| ACCT #: xxxx8985<br><br>**Compass Bank/PI Holdings No. I, Inc.**<br>P.O. Box 10566<br>Birmingham, AL  35296 | | - | DATE INCURRED:  **1/14/10**<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**1980 El Indio Hwy., Eagle Pass, TX**<br>REMARKS:<br>**Pay direct by third party - Economy Air, LLC**<br><br>VALUE:          **$200,000.00** | | | | **$186,602.18** | |
| ACCT #: xxxx8985<br><br>**Compass Bank/PI Holdings No. I, Inc.**<br>P.O. Box 10566<br>Birmingham, AL  35296 | | - | DATE INCURRED:  **Various**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**1980 El Indio Hwy., Eagle Pass, TX**<br>REMARKS:<br>**Pay through Plan.**<br><br>VALUE:          **$200,000.00** | | | | **$13,000.00** | |
| ACCT #: xxx7325<br><br>**Eagle Pass Independent School District**<br>P.O. Box 1530<br>Eagle Pass, TX  78853 | | - | DATE INCURRED:  **2008-14**<br>NATURE OF LIEN:<br>**Statutory liens**<br>COLLATERAL:<br>**1980 El Indio Hwy., Eagle Pass, TX**<br>REMARKS:<br>**Personal property taxes (Economy Air)**<br>**Pay through plan.**<br><br>VALUE:          **$200,000.00** | | | | **$13,000.00** | |

Sheet no. ___1___ of ___2___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >     **$231,602.18**     **$0.00**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Raul Ovalle, Jr.**                                        Case No.  **14-51803-CAG**
                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxx-xx-5159<br><br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | | - | DATE INCURRED:  **2008-13**<br>NATURE OF LIEN:<br>**Notices of Federal Tax Liens**<br>COLLATERAL:<br>**Real and personal property**<br>REMARKS:<br><br><br>VALUE:            **$21,258.00** | | | | $21,258.00 | |
| ACCT #:<br><br>Maverick County Tax Office<br>370 N. Monroe St., Suite 3<br>Eagle Pass, TX  78852 | | - | DATE INCURRED:  **Various**<br>NATURE OF LIEN:<br>**Statutory lien**<br>COLLATERAL:<br>**1980 El Indio Hwy., Eagle Pass, TX**<br>REMARKS:<br>**Personal property taxes (Economy Air)**<br>**Pay through Plan**<br>VALUE:           **$200,000.00** | | | | $5,761.06 | |
| ACCT #:<br><br>TJ Buildings<br>11109 Oakhurst Rd.<br>Louisville, KY  40245 | | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase money security interest**<br>COLLATERAL:<br>**Storage building**<br>REMARKS:<br>**Value & pay through plan.**<br><br>VALUE:            **$1,500.00** | | | | $4,000.00 | $2,500.00 |
| | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | $31,019.06 | $2,500.00 |
| Total (Use only on last page) > | $452,224.56 | $5,600.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re **Raul Ovalle, Jr.**                                          Case No. __14-51803-CAG_____

                                                                         (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____2_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re **Raul Ovalle, Jr.**                                    Case No. **14-51803-CAG**
                                                                        (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: xxx-xx-5159 <br> **Internal Revenue Service** <br> P.O. Box 7346 <br> Philadelphia, PA  19101-7346 | | - | DATE INCURRED: **2010-11** <br> CONSIDERATION: <br> **941 Taxes (business)** <br> REMARKS: <br> **Economy Air** | | | | $11,729.00 | $11,729.00 | $0.00 |
| ACCT #: <br> **TWC** <br> **Regulatory Integrity Division - SAU** <br> 101 E. 15th St., Rm. 556 <br> Austin, TX  78778-0001 | | - | DATE INCURRED: **Various** <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | | $2,089.94 | $2,089.94 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ___1___ of ___2___ continuation sheets                    Subtotals (Totals of this page) >   | $13,818.94 | $13,818.94 | $0.00 |
attached to Schedule of Creditors Holding Priority Claims

Total > (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Totals > (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13) - Cont.

In re **Raul Ovalle, Jr.**                                                    Case No.  **14-51803-CAG**
                                                                                          (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Langley & Banack, Inc.**<br>**745 E Mulberry Ave.**<br>**Suite 900**<br>**San Antonio, TX 78212** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $4,500.00 | $4,500.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | | Subtotals (Totals of this page) > | $4,500.00 | $4,500.00 | $0.00 |
|---|---|---|---|---|---|---|---|

Total > $18,318.94

(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >       $18,318.94    $0.00

(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re   **Raul Ovalle, Jr.**                                          Case No.   **14-51803-CAG**
                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>Alabama Banking Corporation<br>c/o Richard E. Haynes, II<br>Trevino, Valls & Haynes, LLP<br>P.O. Box 450989<br>Laredo, TX 78041 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>Alabama Banking Corporation<br>c/o Stephen L. Dittlinger<br>Attorney at Law<br>6909 Springfield Ave., Suite 201<br>Laredo, TX 78041 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxx5844<br>Alliance Data Systems<br>c/o Enhanced Recovery Company<br>8014 Bayberry Rd.<br>Jacksonville, FL 32256-7412 | | - | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | **$1,355.52** |
| ACCT #:  8780<br>Bealls/World Financial National Bank<br>Asset Acceptance, LLC<br>P.O. Box 2036<br>Warren, MI 48090 | | - | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | **$1,054.44** |
| ACCT #:<br>Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | **$400.00** |
| ACCT #:<br>Compass Bank<br>P.O. Box 10566<br>Birmingham, AL 35296 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | **$2,098.40** |
| | | | | | | Subtotal > | **$4,908.36** |
| | | | | | | Total > | |

_____6_____ continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Raul Ovalle, Jr.__                                           Case No. __14-51803-CAG__
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Credit Collection Services** <br> **Two Wells Avenue** <br> **Newton, MA  02459** | | - | DATE INCURRED: <br> **Notice Only** <br> REMARKS: <br> **Represents Farmers Insurance** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxx3794** <br> **Empire Solution, Inc.** <br> **P.O. Box 965098** <br> **Marietta, GA  30066** | | - | DATE INCURRED:  **Various** <br> CONSIDERATION: <br> **Credit card purchases** <br> REMARKS: | | | | **$1,802.40** |
| ACCT #:  **xxxxxx3516** <br> **Falcon International Bank** <br> **476 S. Bibb Ave.** <br> **Eagle Pass, TX  78852** | | - | DATE INCURRED:  **Various** <br> CONSIDERATION: <br> **Credit card purchases** <br> REMARKS: | | | | **$2,931.96** |
| ACCT #:  **xx xxxx x6991** <br> **Farmers Insurance Group** <br> **c/o Credit Collection Services** <br> **Two Wells Avenue** <br> **Newton, MA  02459** | | | DATE INCURRED: <br> CONSIDERATION: <br> **Insurance** <br> REMARKS: | | | | **$378.12** |
| ACCT #:  **xxxx xxxx xxxx 3321** <br> **First Premier Bank** <br> **P.O. Box 5147** <br> **Sioux Falls, SD  57117-5147** | | - | DATE INCURRED:  **Various** <br> CONSIDERATION: <br> **Credit card purchases** <br> REMARKS: | | | | **$311.46** |
| ACCT #:  **xxxx xxxx xxxx 6797** <br> **Home Depot Credit Services** <br> **P.O. Box 182676** <br> **Columbus, OH  43218-2676** | | - | DATE INCURRED:  **Various** <br> CONSIDERATION: <br> **Credit card purchases** <br> REMARKS: | | | | **$442.78** |

Sheet no. __1__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$5,866.72**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raul Ovalle, Jr.**                                         Case No.   **14-51803-CAG**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxx-xxx-xx0-SDU<br>HSBC Card Services<br>c/o I. C. System, Inc.<br>444 Highway 96 East<br>P.O. Box 64887<br>St. Paul, MN 55164-0887 | | - | DATE INCURRED:  Various<br>CONSIDERATION:<br>Credit card purchases<br>REMARKS: | | | | $1,090.52 |
| ACCT #:  xxxx xxxx xxxx 6930<br>HSBC Card Services<br>c/o I. C. System, Inc.<br>444 Highway 96 East<br>P.O. Box 64887<br>St. Paul, MN 55164-0887 | | - | DATE INCURRED:  Various<br>CONSIDERATION:<br>Credit card purchases<br>REMARKS: | | | | $1,347.01 |
| ACCT #:  xxxx xxxx xxxx 8433<br>HSBC Card Services/NCEP, LLC<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | | - | DATE INCURRED:  Various<br>CONSIDERATION:<br>Credit card purchases<br>REMARKS: | | | | $1,145.59 |
| ACCT #:<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | DATE INCURRED:  Various<br>CONSIDERATION:<br>Penalties<br>REMARKS: | | | | $1,880.30 |
| ACCT #:  xxx-xxx-x18-11<br>J.C. Penney<br>P.O. Box 960090<br>Orlando, FL 32896-0090 | | - | DATE INCURRED:  Various<br>CONSIDERATION:<br>Credit card purchases<br>REMARKS: | | | | $1,802.70 |
| ACCT #:  xxx-xxx3-595<br>Kohl's<br>P.O. Box 30510<br>Los Angeles, CA 90030-0510 | | - | DATE INCURRED:  Various<br>CONSIDERATION:<br>Credit card purchases<br>REMARKS: | | | | $678.00 |

Sheet no. ___2___ of ___6___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $7,944.12

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Raul Ovalle, Jr.**                                    Case No.    **14-51803-CAG**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxx xxxx xxx691 5<br>**Lowe's**<br>P.O. Box 530914<br>Atlanta, GA  30353-0914 | | - | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | $460.00 |
| ACCT #:  6930<br>**Midland Credit Management, Inc.**<br>8875 Aero Drive, Suite 200<br>San Diego, CA  92123 | | - | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | $1,601.99 |
| ACCT #:  4129<br>**Midland Credit Management, Inc.**<br>8875 Aero Drive, Suite 200<br>San Diego, CA  92123 | | - | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | $185.86 |
| ACCT #:  xx6422<br>**NCO Financial Systems**<br>P.O. Box 15372<br>Wilmington, DE  19850-5372 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | $880.70 |
| ACCT #:  xxx-xx8-882<br>**New York & Company**<br>P.O. Box 659728<br>San Antonio, TX  78265-9728 | | - | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | $1,363.37 |
| ACCT #:  xxxx xxxx xxxx 5508<br>**Old Navy**<br>P.O. Box 530942<br>Atlanta, GA  30353-0942 | | - | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | $495.64 |

Sheet no. _____3_____ of _____6_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $4,987.56

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raul Ovalle, Jr.**                                    Case No.   **14-51803-CAG**
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx xxxx xxxx 6930**<br>**Orchard Bancard Services**<br>**P.O. Box 19268**<br>**Portland, OR  97280** | | - | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | **$1,347.01** |
| ACCT #:<br>**Premier Bankcard/Charter**<br>**P.O. Box 2208**<br>**Vacaville, CA 95696** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**?**<br>REMARKS: | | | | **$416.39** |
| ACCT #:<br>**Richard E. Haynes, II**<br>**Trevino Valls Haynes**<br>**6909 Springfield Ave., #200**<br>**Laredo, TX  78041** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Represents Compass Bank** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxx9552**<br>**Sentry Credit, Inc.**<br>**P.O. Box 12070**<br>**Everett, WA  98206-2070** | | | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | **$678.20** |
| ACCT #:<br>**SFC - Central  Bankruptcy**<br>**P.O. Box 1893**<br>**Spartanburg, S C 29304-1893** | | - | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$536.49** |
| ACCT #:  **xxxxxxxxxx3253**<br>**Target National Bank**<br>**c/o Weinstein and Riley, PS**<br>**2001 Western Avenue, Suite 400**<br>**Seattle, WA  98121** | | - | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | **$1,234.64** |

Sheet no. ___4___ of ___6___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$4,212.73**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Raul Ovalle, Jr.__                                                Case No. __14-51803-CAG__
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxx3091<br>TRS Recovery Services, Inc.<br>P.O. Box 4857<br>Houston, TX  77210-4857 | | - | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | $1,323.46 |
| ACCT #:<br>U.S. Attorney<br>601 NW Loop 410, Suite 600<br>San Antonio, TX  78216 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>U.S. Attorney General of<br>Main Justice Bldg., #5111<br>10th & Constitutional Ave., NW<br>Washington, DC  20530 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #:<br>Under Tex. R. Civ. Proc. 736<br>c/o Selim Taherzadeh<br>Attorney at Law<br>P.O. Box 829009<br>Dallas, TX  75382-9009 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS: | | | | Unknown |
| ACCT #:  xxx-xx4-097<br>Victoria's Secret<br>P.O. Box 659728<br>San Antonio, TX  78265-9728 | | - | DATE INCURRED:  **Various**<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | $247.36 |
| ACCT #:<br>World Financial Network Nat'l Bank<br>c/o Quantum3 Group, LLC<br>P.O. Box 788<br>Kirkland, WA  98083-0788 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | $509.68 |

Sheet no. ___5___ of ___6___ continuation sheets attached to                     Subtotal >          $2,080.50
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                 Total >
                                        (Use only on last page of the completed Schedule F.)
                                 (Report also on Summary of Schedules and, if applicable, on the
                                   Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Raul Ovalle, Jr.**                                      Case No.   **14-51803-CAG**
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**World Financial Network Nat'l Bank**<br>**c/o Quantum3 Group, LLC**<br>**P.O. Box 788**<br>**Kirkland, WA 98083-0788** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | $53.36 |
| ACCT #:<br>**World Financial Network Nat'l Bank**<br>**c/o Quantum3 Group, LLC**<br>**P.O. Box 788**<br>**Kirkland, WA 98083-0788** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | $1,392.60 |
| ACCT #:<br>**World Financial Network Nat'l Bank**<br>**c/o Quantum3 Group, LLC**<br>**P.O. Box 788**<br>**Kirkland, WA 98083-0788** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit card purchases**<br>REMARKS: | | | | $1,355.52 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____6____ of ____6____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | $2,801.48 |
|---|---|---|
|  | Total > | $32,801.47 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Raul Ovalle, Jr.**                                    Case No. <u>14-51803-CAG</u>
                                                                      (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Max Castillejas**<br>1980 El Indio Hwy., Suite D<br>Eagle Pass, TX  78852 | Non-residential real property lease<br>1980 El Indio Hwy., Eagle Pass, TX<br>$380.00/month; month-to-month<br>No option to purchase<br>Lessee<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re **Raul Ovalle, Jr.**                                                      Case No.     **14-51803-CAG**
                                                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Raul**      **Ovalle Jr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **14-51803-CAG** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

## Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed <br> ☐ Not employed | ☑ Employed <br> ☐ Not employed |
| Occupation | | **Air Conditioning** | **Physical Instructor** |
| Employer's name | | **Economy Air, LLC** | **The Edge Health & Fitness, Inc.** |
| Employer's address | | **1980 El Indio Hwy.** <br> Number Street | Number Street |
| | | **Eagle Pass**    **TX**   **78852** <br> City    State   Zip Code | City    State   Zip Code |
| How long employed there? | | **12 years** | **4 months** |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$4,900.00** | **$400.00** |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | **$4,900.00** | **$400.00** |

Debtor 1 **Raul**     **Ovalle Jr.**     Case number (if known) **14-51803-CAG**

First Name     Middle Name     Last Name

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ...................................................... → | 4. | $4,900.00 | $400.00 |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| | 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| | 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| | 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| | 5e. Insurance | 5e. | $0.00 | $0.00 |
| | 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| | 5g. Union dues | 5g. | $0.00 | $0.00 |
| | 5h. Other deductions.<br>Specify: _____ | 5h.+ | $0.00 | $0.00 |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $0.00 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $4,900.00 | $400.00 |
| 8. | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| | 8e. Social Security | 8e. | $0.00 | $0.00 |
| | 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $0.00 | $0.00 |
| | 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| | 8h. Other monthly income.<br>Specify: _____ | 8h.+ | $0.00 | $0.00 |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | $0.00 |

10. **Calculate monthly income.** Add line 7 + line 9.    10.   $4,900.00  +  $400.00  =  $5,300.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11.  +  $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.    12.   $5,300.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☒ Yes. Explain:

> The Debtor's income from Economy Air, LLC varies monthly, and therefore, the Plan proposes unequal monthly payments under the Plan. The Debtor believes business income will continue to improve over time and that the Plan payments will be able to increase.

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Raul** First Name   Middle Name | **Ovalle Jr.** Last Name |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | |
| Case number (if known) | **14-51803-CAG** | |

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

## Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☑ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**
    　　☐ No
    　　☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**　　☐ No

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents' names.

    ☑ Yes. Fill out this information for each dependent............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **22** | ☑ No  ☐ Yes |
| **Daughter** | **20** | ☐ No  ☑ Yes |
| **Daughter** | **13** | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

    ☑ No
    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

4.  The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.　　4.　____ **$1,260.70**

    If not included in line 4:

    4a.  Real estate taxes　　4a.　_____

    4b.  Property, homeowner's, or renter's insurance　　4b.　_____

    4c.  Home maintenance, repair, and upkeep expenses　　4c.　____ **$100.00**

    4d.  Homeowner's association or condominium dues　　4d.　_____

Debtor 1 __Raul_____Ovalle Jr.___   Case number (if known) __14-51803-CAG__
          First Name        Middle Name        Last Name

**Your expenses**

| | | |
|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. |
| 6. | Utilities: | |
| | 6a. Electricity, heat, natural gas | 6a.  $330.00 |
| | 6b. Water, sewer, garbage collection | 6b.  $120.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c.  $450.00 |
| | 6d. Other. Specify: _____ | 6d. |
| 7. | Food and housekeeping supplies | 7.  $500.00 |
| 8. | Childcare and children's education costs | 8. |
| 9. | Clothing, laundry, and dry cleaning   (See continuation sheet(s) for details) | 9.  $150.00 |
| 10. | Personal care products and services | 10.  $60.00 |
| 11. | Medical and dental expenses | 11.  $150.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12.  $350.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13.  $50.00 |
| 14. | Charitable contributions and religious donations | 14.  $50.00 |
| 15. | Insurance.  Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. |
| | 15b. Health insurance | 15b. |
| | 15c. Vehicle insurance | 15c.  $150.00 |
| | 15d. Other insurance. Specify: _____ | 15d. |
| 16. | Taxes.  Do not include taxes deducted from your pay or included in lines 4 or 20.  Specify: __Est. tax payments_____ | 16.  $500.00 |
| 17. | Installment or lease payments: | |
| | 17a. Car payments for Vehicle 1 | 17a. |
| | 17b. Car payments for Vehicle 2 | 17b. |
| | 17c. Other. Specify: _____ | 17c. |
| | 17d. Other. Specify: _____ | 17d. |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I). | 18. |
| 19. | Other payments you make to support others who do not live with you. Specify: _____ | 19. |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | |
| | 20a. Mortgages on other property | 20a. |
| | 20b. Real estate taxes | 20b. |
| | 20c. Property, homeowner's, or renter's insurance | 20c. |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. |
| | 20e. Homeowner's association or condominium dues | 20e. |

Debtor 1 __Raul_____ _____ __Ovalle Jr.__ 40   Case number (if known) __14-51803-CAG__
       First Name            Middle Name          Last Name

**21. Other.** Specify: _____ 21. + _____

**22. Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.                                 22.                  **$4,220.70**

**23. Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from Schedule I.      23a.             **$5,300.00**

    23b. Copy your monthly expenses from line 22 above.                23b. –         **$4,220.70**

    23c. Subtract your monthly expenses from your monthly income.
          The result is your monthly net income.                    23c.            **$1,079.30**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. | Explain here:
           **None.**

Debtor 1 **Raul**               **Ovalle Jr.**          Case number (if known) **14-51803-CAG**
         First Name     Middle Name     Last Name

9.  **Clothing, laundry, and dry cleaning (details):**

    **Clothing**                                                                    $100.00

    **Laundry/Dry Cleaning**                                               $50.00

                                    **Total:**          $150.00

B6 Declaration (Official Form 6 – Declaration) (12/07)

In re  Raul Ovalle, Jr.

Case No. _____

(if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**33**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date 7-10-14 _____   Signature _____

Raul Ovalle, Jr.

Date _____   Signature _____

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or*
*both  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re:  **Raul Ovalle, Jr.**                           Case No.  **14-51803-CAG**
                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

None ☐

### 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the TWO YEARS immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $~25,000.00 | 2014 - Income |
| $36,685.00 | 2013 - Income |
| $24,267.00 | 2012 - Income |

---

None ☐

### 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $2,280.00 | 2014 - Rental Income (Reported on Economy Air, LLC 1065) |
| $8,110.00 | 2013 - Rental income (Reported on Economy Air, LLC 1065) |
| $6,840.00 | 2012 - Rental income (Reported on Economy Air, LLC 1065) |

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. **Individual or joint debtor(s) with primarily consumer debts:** List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. **Debtor whose debts are not primarily consumer debts:** List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None ☑

c. **All debtors:** List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re:  **Raul Ovalle, Jr.**

Case No.  **14-51803-CAG**
_____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **In re: Order For Foreclosure Concerning 2249 Villa Circle, Eagle Pass, TX 78852 vs. Under Tex. R. Civ. Proc. 736, Case No. 14-05-29527-MCVAJA** | Suit for non-judicial foreclosure | **365th Judicial District Court, Eagle Pass, Texas** | Pending (filed 5/21/14) |

---

None ☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None ☑

a. Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☑

List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re:  **Raul Ovalle, Jr.**                                Case No.  **14-51803-CAG**
                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Langley & Banack, Inc. 745 E. Mulberry, Suite 900 San Antonio, TX 78212 | 7/11/2014 | $310.00 for filing fees |

---

**10. Other transfers**

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re: **Raul Ovalle, Jr.**                    Case No.   **14-51803-CAG**
                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**16. Spouses and Former Spouses**

None ☐   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

    **NAME**

    **Blanca S. Ovalle (wife)**

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

In re:  **Raul Ovalle, Jr.**                                    Case No.  **14-51803-CAG**

                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

**18. Nature, location and name of business**

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| Economy Air (sole-proprietorship) 1980 El Indio Hwy. Eagle Pass, TX 78852 | Air conditioning | 1994 - May 15, 2011 |
| Economy Air, LLC 1980 El Indio Hwy. Eagle Pass, TX 78852 | Air conditioning | May 16, 2011 - Present |
| R&R Tire & Lube (sole-proprietorship) 1980 El Indio Hwy. Eagle Pass, TX 78852 | Auto repair | 5/12/2008 - 4/22/2011 |

---

None ☑

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Bertha A. Ordaz K&E Tax Service 1571 S. Veterans Blvd. Eagle Pass, TX 78852 | Last 2 years |

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re:  **Raul Ovalle, Jr.**                                    Case No.  __14-51803-CAG_____
                                                                                  (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None ☑  b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☑  c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None ☑  d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

---

**20. Inventories**

None ☑  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑  b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☑  a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑  b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

**22. Former partners, officers, directors and shareholders**

None ☑  a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None ☑  b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

In re:  **Raul Ovalle, Jr.**                                    Case No.  **14-51803-CAG**
                                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

**25. Pension Funds**

None

☑  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re:  **Raul Ovalle, Jr.**

Case No. _____
(If known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

[If completed by an individual or individual and spouse]

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  7-10-14 _____

Signature
of Debtor  *Raul Ovalle, Jr.*

Date _____

Signature
of Joint Debtor
(if any)

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*